**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lyle Gerald JOHNS,
Defendant–Appellant.**

**No. 86–1220.**

United States Court of Appeals,
Ninth Circuit.

Dec. 7, 1989.

Before MERRILL and NORRIS, Circuit Judges, and ENRIGHT,[*] District Judge.

---

[*] Honorable William B. Enright, United States District Judge for the Southern District of Cali-

## ORDER

The Memorandum disposition, filed March 31, 1989, 872 F.2d 431, is hereby withdrawn.